```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
```

MARK HASSAN,

                Plaintiff

    -vs-                                            11-CV-6535

CITY OF ITHACA, ET AL.

                Defendant

_____

Plaintiff has submitted a letter requesting an extension of time to file his response to Defendants' motion to dismiss. Defendants have consented to this request. Good cause having been shown, it is hereby,

ORDERED, that Plaintiff shall file his response no later than November 28, 2011. Defendants' replies, if any, shall be filed no later than December 12, 2011. Defendants' motion to dismiss will be considered submitted without oral argument on December 15, 2011.

    **ALL OF THE ABOVE IS SO ORDERED.**

                                                          S/ MICHAEL A. TELESCA
                                                   MICHAEL A. TELESCA
                                                   United States District Judge

Dated: November 15, 2011